IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RONALD W. WALDEN, JR.,

Plaintiff,

v. Civil Action No. 2:24-cv-677

JENED ENTERPRISES, LLC, *et al.*,

Defendants.

**DISMISSAL ORDER**

This matter is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant Jened Enterprises, LLC, ECF No. 13, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant Jened Enterprises, LLC has not served either an answer or a motion for summary judgment. Therefore, Plaintiff's voluntary dismissal is proper, and the Court acknowledges the dismissal of Jened Enterprises, LLC as a defendant in this case. This matter will proceed as to the remaining Defendant.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: January 31, 2025