**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| **RONALD W. WALDEN, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No:2:24-cv-677-EWH-LRL** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TASTY CHICK'N SOUTHEAST, LLC,** | ) | |
| **a Delaware Limited Liability Company,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

# NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE Plaintiff Ronald W. Walden, Jr. and Defendant Tasty Chick'n Southeast, LLC (together, "Parties") have reached an agreement regarding all substantive issues in dispute in this matter, including attorneys' fees and costs. The parties anticipate filing a notice of dismissal within fourteen (14) days once all parties execute the agreement. The parties request that the Court adjourn all upcoming hearings and deadlines pending filing a notice of dismissal

Respectfully Submitted,

**Ronald W. Walden, Jr.**

By: *__/s/ Deborah C. Waters________*
Deborah C. Waters, Esquire
Virginia State Bar No. 28913
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile: (757) 446-1438
Email: dwaters@waterslawva.com
*Counsel for Plaintiff*

**Tasty Chick'n Southeast, LLC**

By: *__/s/ Joshua Counts Cumby*____________
Joshua Counts Cumby
Virginia State Bar #82021
Adams and Reese LLP
1600 West End Avenue, Suite 1400
Nashville, TN 37203
Telephone: (615) 259-1024
Facsimile: (615) 687-1514
joshua.cumby@arlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including the following:

Joshua Counts Cumby
Adams and Reese LLP
1600 West End Avenue, Suite 1400
Nashville, TN 37203
joshua.cumby@arlaw.com

*__/s/ Deborah C. Waters*___________
Deborah C. Waters, Esquire
Virginia State Bar No. 28913
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile: (757) 446-1438
dwaters@waterslawva.com

*Counsel for Plaintiff*