IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RONALD W. WALDEN, JR.,

Plaintiff,

v. Civil Action No. 2:24-cv-677

TASTY CHICK'N SOUTHEAST, LLC,

Defendant.

**FINAL ORDER**

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. 25, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court acknowledges that the dismissal is WITH PREJUDICE as to all claims, causes of actions, and parties, with each party to bear its own attorneys' fees, costs, and expenses. The Court DIRECTS the Clerk to close the case.

The Clerk is directed to send an electronic copy of this Order to all counsel of record and close this case.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: June 25, 2025